UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR IMPORT ADMINISTRATION
Washington, D.C. 20230

PUBLIC DOCUMENT

October 20, 2009

**VIA ELECTRONIC FILING**

Ms. Tina Potuto Kimble
Clerk of the Court
Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Redetermination Pursuant to Court Remand Order in
United States Steel Corp. et al., v. United States, Consolidated Court No. 09-00086

Dear Ms. Potuto Kimble:

Pursuant to the Court's order of September 10, 2009, please find enclosed the U.S. Department of Commerce's ("Department") Final Redetermination Pursuant to Remand in the above-captioned action. The Department's remand redetermination is a public document.

Filing of the administrative record for the remand proceeding will follow. Should you have any questions concerning the matter, please contact me at (202) 482-1439.

Respectfully submitted,

Daniel J. Calhoun
Attorney
Office of the Chief Counsel
   for Import Administration

Enclosures

cc:     (via certified mail)

Alan Hayden Price, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Gilbert Bruce Kaplan, Esq.
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006-4706

Jeffrey David Gerrish, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue NW
Washington, DC 20005

John J. Todor, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, N.W.
Washington, DC 20530