UNITED STATES COURT OF INTERNATIONAL TRADE
Before the Honorable Richard K. Eaton, Judge

|  |  |
|---|---|
| United States Steel Corporation and Maverick Tube Corporation,<br><br>Plaintiffs,<br><br>and<br><br>Wheatland Tube Company,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>United States,<br><br>Defendant. | Consol. Court No. 09-00086 |

**COMMENTS ON THE
FINAL REDETERMINATION PURSUANT TO REMAND
ISSUED BY THE DEPARTMENT OF COMMERCE**

On behalf of Plaintiffs United States Steel Corporation and Maverick Tube Corporation and Plaintiff-Intervenor Wheatland Tube Company (collectively "Plaintiffs"), we hereby submit comments on the Final Redetermination Pursuant to Remand issued by the Department of Commerce (the "Department") on October 20, 2009. See Final Redetermination Pursuant to Remand (Oct. 20, 2009) ("Remand Redetermination") (Public Document). The Department issued its Remand Redetermination pursuant to this Court's Order dated September 9, 2009.

1

Plaintiffs are satisfied with the Department's Remand Redetermination and believe it fully addresses the single issue raised by Plaintiffs in this action. Accordingly, Plaintiffs respectfully request that the Court affirm the Remand Redetermination in all respects.

Respectfully submitted,

| | | |
|---|---|---|
| Robert E. Lighthizer<br>Jeffrey D. Gerrish<br>Nathaniel B. Bolin | Alan H. Price<br>Robert E. DeFrancesco, III | Gilbert Kaplan<br>Daniel Schneiderman<br>Christopher T. Cloutier |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005<br>(202) 371-7000<br>Jeffrey.Gerrish@skadden.com | WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7000<br>RDeFrancesco@wileyrein.com | KING & SPALDING, LLP<br>1700 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 661-7847<br>CCloutier@KSLAW.com |
| *Counsel for Plaintiff United States Steel Corporation* | *Counsel for Plaintiff Maverick Tube Corporation* | *Counsel for Plaintiff-Intervenor Wheatland Tube Company* |

Dated: December 2, 2009

# UNITED STATES COURT OF INTERNATIONAL TRADE

United States Steel Corporation v. United States, Consol. Court No. 09-00086

## PUBLIC CERTIFICATE OF SERVICE

I hereby certify that the foregoing submission was served on this 2nd day of December, 2009, by Federal Express on the parties listed below:

Daniel L. Schneiderman, Esq.
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706

*On behalf of Wheatland Tube Company*

John Todor, Esq.
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

*On behalf of the United States*

Alan H. Price, Esq.
**WILEY REIN, LLP**
1776 K Street, N.W.
Washington, D.C. 20006

*On behalf of Maverick Tube Corp.*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: Tina Wang
Legal Assistant